UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JOHN D. WARTLEY, JR.,

        Plaintiff,           Case No. 1:23-cv-168

v.                                        Honorable Phillip J. Green

WILLIS CHAPMAN, et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law claims alleging violations of MDOC policy are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over such claims.

Dated:  March 7, 2023                    /s/ Phillip J. Green
                                                    PHILLIP J. GREEN
                                                    United States Magistrate Judge